| | |
|---|---|
| LATHAM & WATKINS LLP<br>Jennifer L. Barry (Bar No. 228066)<br>  jennifer.barry@lw.com<br>Patrick C. Justman (Bar No. 281324)<br>  patrick.justman@lw.com<br>Melanie J. Grindle (Bar No. 311047)<br>  melanie.grindle@lw.com<br>Adam A. Herrera (Bar No. 328043)<br>  adam.herrera@lw.com<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>858.523.5400 / 858.523.5450 Fax<br><br>*Attorneys for Defendant and Counterclaimant Perplexity AI, Inc.* | MITCHELL SILBERBERG & KNUPP LLP<br>Eleanor M. Lackman (Bar No. 298584)<br>  eml@msk.com<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>212.878.4890 / 971.545.7675 Fax<br><br>Marissa B. Lewis (*pro hac vice*)<br>  mbl@msk.com<br>437 Madison Avenue, 25th Floor<br>New York, NY 10022<br>212.509.3900<br><br>*Attorneys for Plaintiff and Counterdefendant Perplexity Solved Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PERPLEXITY SOLVED SOLUTIONS INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PERPLEXITY AI, INC.,<br><br>  Defendant.<br><br>PERPLEXITY AI, INC.,<br><br>  Counterclaimant,<br><br>  v.<br><br>PERPLEXITY SOLVED SOLUTIONS INC.,<br><br>  Counterdefendant. | Case No. 3:25-cv-00989-JSC<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON PERPLEXITY AI, INC.'S MOTION TO DISMISS CYBERSQUATTING CLAIM AND EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS**<br><br>Judge: Hon. Jaqueline S. Corley<br>Courtroom: 8, 19th Floor |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\158818335.1

1

CASE NO. 3:25-CV-00989-JSC
STIPULATION TO EXTEND BRIEFING
SCHEDULE ON MOTION TO DISMISS

1   Pursuant to Local Rule 6-1(b), Plaintiff and Counterdefendant Perplexity Solved Solutions, Inc. ("Plaintiff") and Defendant and Counterclaimant Perplexity AI, Inc. ("Defendant") (collectively, the "Parties") submit this Stipulation to Extend the Briefing Schedule on Defendant's Motion to Dismiss Cybersquatting Claim (ECF No. 18) and to Extend Plaintiff's time to Respond to Defendant's Counterclaims (ECF No. 23).  While these changes affect dates set by the Local and Federal Rules, they should not adversely impact the hearing on Defendant's pending motion to dismiss or the progress of this case.

On January 30, 2025, Plaintiff filed its Complaint in this lawsuit (ECF No. 1).  Shortly thereafter, Defendant filed a Motion to Dismiss the Cybersquatting Claim (ECF No. 18) ("the Motion"), and the hearing was eventually set for June 5, 2025 (ECF No. 24).  Currently, Plaintiff's opposition to the Motion is due on April 16, 2025, and Defendant's reply is due on April 23, 2025.

On April 2, 2025, Defendant filed its Answer to Complaint and Counterclaims (ECF No. 23) ("Counterclaims").  Plaintiff's response to Defendant's Counterclaims is due on April 23, 2025, and the Initial Case Management Conference has been set for May 20, 2025 (ECF No. 17).

During the parties' recent Rule 26(f) conference, counsel discussed the current case deadlines, pending motions, and related issues.  In light of other obligations (both personal and professional) and in the interest of maintaining a harmonious professional environment, counsel agreed that minor modifications to the above deadlines would be best and allow less experienced attorneys to more actively participate in the briefing process and (eventually) the hearing on the Motion.  As these changes would not adversely impact the hearing date for the Motion or the overall prosecution of this case and there have been no previous time modifications in this matter, the parties agreed to seek this additional time for briefing the Motion and responding to the Counterclaims.  Therefore, the Parties agree and stipulate that (1) Plaintiff shall have a brief extension of time to file its opposition to the Motion; (2) Defendant's deadline to file its reply in support of the Motion shall be adjusted accordingly and also briefly extended; and (3) Plaintiff shall have a brief extension of time to respond to Defendant's Counterclaims.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
US-DOCS\158818335.1

2

CASE NO. 3:25-CV-00989-JSC
STIPULATION TO EXTEND BRIEFING
SCHEDULE ON MOTION TO DISMISS

The current and stipulated deadlines for the Motion are summarized below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opposition Due | April 16, 2025 | April 24, 2025 |
| Reply Due | April 23, 2025 | May 6, 2025 |
| Hearing on Motion to Dismiss | June 5, 2025 | June 5, 2025 |

The current and stipulated deadlines for the Counterclaims are summarized below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Response Due | April 23, 2025 | May 1, 2025 |

**IT IS SO STIPULATED.**

Dated: April 15, 2025

LATHAM & WATKINS LLP

/s/ Jennifer L. Barry
Jennifer L. Barry (Bar No. 228066)
  jennifer.barry@lw.com
Patrick C. Justman (Bar No. 281324)
  patrick.justman@lw.com
Melanie J. Grindle (Bar No. 311047)
  melanie.grindle@lw.com
Adam A. Herrera (Bar No. 328043)
  adam.herrera@lw.com
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 Fax

*Attorneys for Defendant and Counterclaimant Perplexity AI, Inc.*

MITCHELL SILBERBERG & KNUPP LLP

/s/ Eleanor M. Lackman
Eleanor M. Lackman (Bar No. 298584)
  eml@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
212.878.4890 / 971.545.7675 Fax

Marissa B. Lewis (*pro hac vice*)
  mbl@msk.com
437 Madison Avenue, 25th Floor
New York, NY 10022
212.509.3900

*Attorneys for Plaintiff and Counterdefendant Perplexity Solved Solutions, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 15, 2025

_____
Honorable Jacqueline S. Corley
United States District Judge

## **ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing stipulation was obtained from all of its signatories.

Dated: April 15, 2025                   /s/ Jennifer L. Barry
                                         Jennifer L. Barry