LATHAM & WATKINS LLP
Jennifer L. Barry (Bar No. 228066)
  jennifer.barry@lw.com
Patrick C. Justman (Bar No. 281324)
  patrick.justman@lw.com
Melanie J. Grindle (Bar No. 311047)
  melanie.grindle@lw.com
Adam A. Herrera (Bar No. 328043)
  adam.herrera@lw.com
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 Fax

*Attorneys for Defendant and Counterclaimant Perplexity AI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERPLEXITY SOLVED SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Case No. 3:25-cv-00989-JSC <br><br> **PERPLEXITY AI, INC.'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT** <br><br> Judge: Hon. Jacqueline S. Corley <br> Courtroom: 8, 19th Floor |
| PERPLEXITY AI, INC., <br><br> Counterclaimant, <br><br> v. <br><br> PERPLEXITY SOLVED SOLUTIONS INC., <br><br> Counterdefendant. | |

In accordance with Civil Local Rule 16-9(a) and this Court's Order dated August 5, 2025 (Dkt. 53), Defendant and Counterclaimant Perplexity AI, Inc. ("Perplexity") submits this Supplemental Case Management Statement, which supplements and amends Perplexity's positions set forth in the Joint Case Management Statement & Proposed Order previously filed jointly by the parties on May 13, 2025 (Dkt. 39). Because Plaintiff and Counterdefendant Perplexity Solved Solutions Inc. ("PSSI") is not represented by counsel (see Dkt. 53), Perplexity submits this supplemental statement separately. See N.D. Cal. L.R. 16-9(a) ("If one or more of the parties is not represented by counsel, the parties may file separate case management statements.").

On July 18, 2025, PSSI's then-counsel (Mitchell Silberberg & Knupp LLP, Ms. Lackman, and Ms. Lewis (collectively, "MSK")) moved to withdraw from this case, citing an unspecified "breakdown in [their] relationship with PSSI," and indicating that PSSI had been informed of the need to obtain new counsel as early as June 20, 2025. Dkt. 50 at 2, 4. On August 5, 2025, the Court granted the motion to withdraw, on the condition that papers may continue to be served on MSK for forwarding purposes until PSSI retains new counsel. See Dkt. 53 at 2-3.

The Court also required new counsel to appear on PSSI's behalf "by September 5, 2025." *Id.* at 3. The Court's order further cautioned:

> As PSSI is a corporation and 'a corporation may appear in the federal courts only through licensed counsel,' . . . [PSSI] is advised that failure to retain substitute counsel may result in the entry of default judgment on counterclaims against it . . . and dismissal of its action against [Perplexity].

*Id.* at 2-3 (internal citations omitted). September 5, 2025 has passed, and no new counsel has appeared in this action on PSSI's behalf. Accordingly, Perplexity intends to seek dismissal of PSSI's claims and entry of default judgment against PSSI on Perplexity's counterclaims.

Given the current status of this case, Perplexity submits that the Case Management Conference currently scheduled for September 17, 2025 should be taken off calendar. However, Perplexity remains available at the Court's convenience to provide any further information that would be of assistance to the Court, if needed.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\163912076.1

2

CASE NO. 3:25-cv-00989-JSC
PERPLEXITY'S SUPPLEMENTAL CASE
MANAGEMENT STATEMENT

| | |
|---|---|
| Dated: September 10, 2025 | Respectfully submitted, |
| | /s/ *Jennifer L. Barry* |
| | Jennifer L. Barry (Bar No. 228066) |
| | *jennifer.barry@lw.com* |
| | Patrick C. Justman (Bar No. 281324) |
| | *patrick.justman@lw.com* |
| | Melanie J. Grindle (Bar No. 311047) |
| | *melanie.grindle@lw.com* |
| | Adam A. Herrera (Bar No. 328043) |
| | *adam.herrera@lw.com* |
| | LATHAM & WATKINS LLP |
| | 12670 High Bluff Drive |
| | San Diego, CA 92130 |
| | 858.532.5400 / 858.523.5450 Fax |
| | |
| | *Attorneys for Defendant and Counterclaimant Perplexity AI, Inc.* |

## CERTIFICATE OF SERVICE

In accordance with Civil Local Rule 11-5(b) and this Court's Order dated August 5, 2025 (Dkt. 53), I certify that on September 10, 2025, I caused a copy of the foregoing document to be served via electronic mail upon the counsel listed below:

| | |
|---|---|
| Eleanor M. Lackman<br>**MITCHELL SILBERBERG & KNUPP LLP**<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>212.878.4890 / 971.545.7675 Fax<br>*eml@msk.com* | Marissa B. Lewis<br>**MITCHELL SILBERBERG & KNUPP LLP**<br>437 Madison Avenue, 25th Floor<br>New York, NY 10022<br>212.509.3900<br>*mbl@msk.com* |

Dated: September 10, 2025

/s/ *Jennifer L. Barry*
Jennifer L. Barry (Bar No. 228066)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 Fax
 *jennifer.barry@lw.com*