1

2

3

4                             UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7   PERPLEXITY SOLVED SOLUTIONS,              Case No. 25-cv-00989-JSC
    INC.,

8                  Plaintiff,
                                              **ORDER RE: REQUEST FOR
9          v.                                 CONTINUANCE**

10  PERPLEXITY AI, INC.,

11                 Defendant.

12

13  PERPLEXITY AI, INC.,

14                 Counterclaimant-Plaintiff,

15         v.

16  PERPLEXITY SOLVED SOLUTIONS,
    INC.,

17
                   Counterclaim-Defendant.
18

19
         More than two months ago the Court granted the request of counsel for Plaintiff and

20
    Counterclaim-Defendant Perplexity Solved Solutions, Inc. to withdraw.  (Dkt. No. 53.)  The Court

21
    specifically warned Plaintiff that because it is a corporation and "a corporation may appear in the

22
    federal courts only through licensed counsel," *Rowland v. California Men's Colony, Unit II Men's*

23
    *Advisory Council*, 506 U.S. 194, 202 (1993) (citation omitted), if no new counsel appeared in this

24
    action, Plaintiff's claims would have to be dismissed, and Plaintiff's default could be entered on

25
    Perplexity AI's counterclaims.  As of the date of this Order, no new counsel has appeared to

26
    represent Plaintiff.

27
         On October 9, 2025, Dawn Gallman Mobley, who is not an attorney, emailed the Court's

28

United States District Court
Northern District of California

1    Courtroom Deputy requesting a continuance of court proceedings.  As Ms. Mobley did not copy

2    Perplexity AI, Inc.'s counsel, the email communication is attached to this Order.  Perplexity AI,

3    Inc.'s motion scheduled for hearing on October 30, 2025 remains on calendar and is not

4    continued.

5         **IT IS SO ORDERED.**

6    Dated: October 9, 2025

7                                                                    _____

8                                                                    JACQUELINE SCOTT CORLEY
                                                                     United States District Judge

United States District Court
Northern District of California

2